UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APR 27 2023 PM3:37
FILED-USDC-CT-HARTFORD

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:23CR ___ ( ) ( ) |
| v. | VIOLATIONS: |
| ANDREW FRANCOEUR | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Unlawful Possession of a Firearm and Ammunition by a Felon) |
| | 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Manufacturing and Dealing in Firearms without a License) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Unlawful Possession of a Firearm and Ammunition by a Felon)

1. On or about August 30, 2022, in the District of Connecticut, the defendant ANDREW FRANCOEUR having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of crimes punishable by imprisonment for a term exceeding one year, specifically:

    a. Criminal Possession of a Firearm, in violation of Conn. Gen. Stat. § 53a-217c, on or about July 6, 2022;

    b. Sale of a Controlled Substance, in violation of Conn. Gen. Stat. § 21a-277(b)(2)(A), on or about July 6, 2022;

    c. Possession of Narcotics, in violation of Conn. Gen. Stat. § 21a-279(a), on or about December 20, 2010;

    d. Burglary in the Third Degree, in violation of Conn. Gen. Stat. § 53a-103, on or about November 17, 2010;

  e. Possession of Narcotics, in violation of Conn. Gen. Stat. § 21a-279(a), on or about November 17, 2010; and

  f. Failure to Appear in the First Degree, in violation of Conn. Gen. Stat. § 53a-172, on or about November 17, 2010,

did knowingly possess a firearm and ammunition, that is, a Marlin, Model 60, .22 caliber rifle, bearing serial number 95428931, and approximately 1,299 rounds of assorted ammunition, all of which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO
(Manufacturing and Dealing in Firearms without a License)

2. From in or about May 2021 through in or about August 2022, the exact dates being unknown to the United States Attorney, in the District of Connecticut, the defendant ANDREW FRANCOEUR, not being a licensed manufacturer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly and willfully engage in the business of manufacturing and dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

UNITED STATES OF AMERICA

*Vanessa Roberts Avery /AUP*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Reed Durham*
REED DURHAM
ASSISTANT UNITED STATES ATTORNEY